# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Criminal Action No.** |
| ) | **05-00329-01-CR-W-HFS** |
| DERON L. WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and after a <u>de novo</u> review of the record, the Court finds that defendant Deron L. Williams is competent to understand the nature and consequence of the proceedings against him and to properly assist in his defense.

IT IS SO ORDERED.

/s/ Howard F. Sachs
**HOWARD F. SACHS**
**United States District Judge**

Dated: <u>February 27, 2006</u>